Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | ) | Bankruptcy No. 10-20082 WTT |
| --- | --- | --- |
| | ) | Chapter 7 |
| BRENT LAYNE SHAFER AND | ) | |
| CAMILLE MASCARO SHAFER, | ) | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| Debtors. | ) | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 2.58% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
| --- | --- | --- |
| 18 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $3.07 |

3.  A check in the amount of $3.07 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 7th day of June, 2011.

_____
Gary E. Jubber, Trustee

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4816-9673-4729, v. 1

2